the Workmen's Compensation Law, v. STROMBERG-CARLSON TELEPHONE Co., Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. NORA COFFEY, Respondent, for Compensation under the Workmen's Compensation Law, to Herself for the Death of JOHN COFFEY, v. NEW YORK STEAM COMPANY, Employer, and THE OCEAN ACCIDENT and GUARANTEE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed on the authority of *Dodd* v. *Four Sixty-One Eighth Avenue Co., Inc.* (227 N. Y. 597).

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ISABELLA RELAY, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of FRANK RELAY, v. REID ICE CREAM COMPANY, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed, on the authority of *O'Esau* v. *Bliss Co.* (188 App. Div. 385; 224 N. Y. 701). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNIE A. WHITE and Minor Dependent, Appellant, for Compensation under the Workmen's Compensation Law, for the Death of JOHN G. WHITE, v. AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Respondents.— Decision unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of DAVID REISLING, Respondent, for Compensation under the Workmen's Compensation Law, v. BREWSTER & Co., Employer, and THE EMPLOYERS MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARY CROWLEY, Widow, Respondent, and the Children of THOMAS CROWLEY, Deceased, v. CONSOLIDATED GAS COMPANY OF NEW YORK, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE H. TERRY, Deceased, and CATHERINE TERRY, Administratrix, etc., of the Late GEORGE H. TERRY, Respondents, for Compensation under the Workmen's Compensation Law, v. GENERAL ELECTRIC COMPANY, Appellant.— Award affirmed. All concur, except Van Kirk, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of TONY SANSENERA, Respondent, for Compensation under the Workmen's Compensation Law, v. WHITE FIREPROOF CONSTRUCTION COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter